FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 13 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
CLEMENT HENRY, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                              Plaintiffs,        ORDER
                                               17-CV-5041 (ILG) (RER)

-against-

PRISHTINA CONSTRUCTION DESIGNS, INC.,
    FLAMUR PRISHTINA, individually,

                              Defendants.
-------------------------------------------------------------------------x
GLASSER, Senior United States District Judge:

       I have reviewed the Report & Recommendation of Magistrate Judge Reyes that this action be dismissed pursuant to Rule 41(b) Fed. R. Civ. P. No objection to it was filed by the Plaintiff despite being advised of its consequences.

       The Recommendation is plainly supported by the Report which is hereby adopted and the action is dismissed with prejudice.

       SO ORDERED.

Dated:      Brooklyn, New York
              November 13, 2018          /s/_____
                                                      I. Leo Glasser
                                                        Senior United States District Judge