UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
CLEMENT HENRY, on behalf of himself, individually,
and on behalf of all others similarly-situated,

                Plaintiffs,

                JUDGMENT
                17-CV-5041 (ILG) (RER)

    v.

PRISHTINA CONSTRUCTION DESIGNS, INC.,
FLAMUR PRISHTINA, individually,

                Defendants.
------------------------------------------------------------------- X

        An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on November 14, 2018, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, dated October 22, 2018, dismissing this action with prejudice pursuant to Rule 41(b) Fed. R. Civ. P.; it is

        ORDERED and ADJUDGED that pursuant to Rule 41(b) Fed. R. Civ. P, this action is dismissed with prejudice.

Dated: Brooklyn, NY                                      Douglas C. Palmer
November 20, 2018                                     Clerk of Court

                                      By:    /s/*Jalitza Poveda*
                                                  Deputy Clerk

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 27 2018 ★
BROOKLYN OFFICE